# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————

No. 19-30733
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

March 25, 2020

Lyle W. Cayce
Clerk

————

UNITED STATES OF AMERICA,

Plaintiff–Appellee,

versus

CHRISTOPHER WILLIAM ARMSTRONG,

Defendant–Appellant.

————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:18-CR-84-1

————

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Christopher

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-30733

Armstrong has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).  Armstrong has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.